**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LACEY COMBS,

    Plaintiff,

v.

                                  Case No. 3:24-cv-266-TJC-JBT

J&I SEAFOOD, INC.,

    Defendant.

## O R D E R

Upon review of the Stipulation of Dismissal, Doc. 11, filed on June 24, 2024, this case is **DISMISSED with prejudice**. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 27th day of June, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies:

Counsel of record